ACCEPTED
12-15-00273-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/6/2015 2:31:17 PM
Pam Estes
CLERK

No. **12-15-00273-CR**

| | | |
|---|---|---|
| **DAVID MARK DAVIS II** | § | **IN THE COURT OF APPEALS** |
| | § | FILED IN<br>12th COURT OF APPEALS |
| **vs.** | § | **TWELFTH JUDICIAL DISTRICT** |
| | § | 11/6/2015 2:31:17 PM |
| **STATE OF TEXAS** | § | **TYLER, TEXAS** PAM ESTES<br>Clerk |

## NOTICE REGARDING COURT REPORTER RECORD

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW Appellant David Mark Davis II who files this notice regarding the court reporter record in this cause. Appellant would respectfully show the following:

1. Appellant's Habeas Application was denied by the Angelina County Court without any hearings being held. As such, there was no reported record created related specifically to Appellant's Application for Writ of Habeas Corpus.

2. The Court should already have on file a copy of the reporter record from Appellant's initial trial. This record was filed in cause 12-14-00296-CR, *Davis v. State*, 2015 Tex. App. LEXIS 5472 (Tex. App. Tyler May 29, 2015).

DATED: 11/06/2015

Respectfully Submitted,

David Mark Davis II
Applicant, *Pro Se*

## CERTIFICATE OF SERVICE

I certify that at the time of filing, a copy of the foregoing notice was served on The State of Texas through counsel of record, Mr. James Yakovsky, by email to jyakovsky@angelinacounty.net.

_____
David Mark Davis II